## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| BW Industries Inc., | ) | |
| | ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-2292459 | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 7 |
| Bitwise Industries, Inc., | ) | |
| | ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-1635652 | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 7 |
| BWRD, LLC, | ) | |
| | ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-4789692 | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 7 |
| Alpha Works Technologies, LLC, | ) | |
| | ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-1008307 | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 7 |
| Bruce's Bagels, Beverages, and Bites, LLC, | ) | |
| | ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-5035590 | ) | |
| | ) | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

The Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**," and, together with the Schedules, the "**Schedules and Statements**") filed by BW Industries Inc. ("**BWI**"), Bitwise Industries, Inc. ("**Bitwise**"), BWRD, LLC ("**BWRD**"), Alpha Works Technologies, LLC ("**Alpha Works**") and Bruce's Bagels, Beverages, and Bites, LLC ("**BBBB**" and together with BWI, Bitwise, BWRD, and Alpha Works,  the "**Company**") as debtors and debtor-in-possession (collectively, the "**Debtors**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), were prepared in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The information provided herein, except as otherwise noted, is as of the close of business on the eve of June 28, 2023 (the "**Petition Date**"). While management of the Company has made every reasonable effort to ensure that the Bankruptcy Schedules are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to financial data and other information contained in the Bankruptcy Schedules and inadvertent errors or omissions may exist.

The Schedules and Statements were prepared from the findings of an internal analysis of the Company spanning from May 28 through June 22, 2023 (the "**Internal Analysis**").  The Internal Analysis concluded, *inter alia*, that the books and records of the Company are substandard and materially incomplete.  Further, significant irregularities also exist, and while the Company has attempted to estimate the size of the irregularities, the lack of organized and well-kept books and records, as well as obstacles resulting from an inability to access and verify certain financial information such as bank accounts, has hindered the Company's ability to make such an estimation.  The Internal Analysis concludes that a complete re-creation of the books, along with external confirmations, might be necessary to get a reliable picture of the Company's true financial history and current financial position.  Accordingly, there can be no assurance that these Bankruptcy Schedules are complete or accurate.

The Schedules and Statements have been signed by Ollen Douglass, Interim President of the Company.  Mr. Douglass has not (nor could have) personally verified the accuracy of each statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.  In addition, Mr. Douglass has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein.  In reviewing and signing the Schedules and Statements, Mr. Douglass relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the

time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

**The Schedules, Statements and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of the Debtors.**

## Global Notes and Overview of Methodology

1. **General Reservation of Rights.** Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("**Claim**") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 7 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Basis of Presentation.** The Schedules and Statements purport to reflect the assets and liabilities of the Debtors. The Debtors reserve all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

3.     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records.  To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

4.     **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including but not limited to certain deferred expenses and deferred revenue items, lease assets and related lease liabilities, suspense and clearing accounts, unbilled revenue, capitalized loan fees, certain assets and liabilities of their non-Debtor subsidiaries and certain accrued liabilities.  The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist.  Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

5.     **Amendments and Supplements; All Rights Reserved.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist.  The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

6.     **References.**   References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

7.     **Book Value.** Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of its net book values as of May 31, 2023. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books.  Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

8.     **Recharacterization.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.

9.     **Claims of Third-Party Entities.** Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the

Debtors have classified its estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

10. **Liabilities.** The Debtors allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

11. **Guarantees and Other Secondary Liability Claims.** Where guarantees have been identified, they have been included in the relevant liability Schedule for the Debtors affected by such guarantee. The Debtors have also listed such guarantees on the applicable Schedule H. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.

12. **Intercompany Claims.** The net balance of intercompany transactions between the Debtors is set forth on Schedule A/B or Schedule E/F, as applicable, and receivables are classified as current assets. Intercompany transfers between Debtors are not captured on Statement 2 or 3. The listing in the Schedules or Statement (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and a Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

13. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

14. **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. Instead, the Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

15. **Claims Description.** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

16. **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

17. **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

18. **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

19. **Individual and Employee Addresses.** Any individual, including current employee, former employee, and director addresses have been redacted from entries listed throughout the Schedules and Statements, where applicable.

20. **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

21. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such

creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

22. **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

23. **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

24. **Confidentiality:** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

## General Disclosures Applicable to Schedules

25. **Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

26. **Schedule A/B - Real and Personal Property.**

   a)  Schedule A/B. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date unless otherwise noted below or in the Schedules and Statements.

   b)  Schedule A/B.3. Bank account balances are as of June 21 and June 22, 2023. Bank accounts with Central Valley Community Bank were frozen on June 6, 2023 and may have been closed. The account balances as of the Petition Date is unknown as current management cannot access these accounts.

   c)  Schedule A/B 8. Prepayments are as of May 31, 2023.

   d)  Schedule A/B.11. Accounts Receivable balances are as of the end of business on June 15, 2023 and do not include Intercompany balances.

e)    Schedule A/B.15. Equity interests in subsidiaries and affiliates arise from common stock ownership. For purposes of these Schedules, the value of the Debtors' interests is undetermined.  The book values of certain assets may materially differ from their fair market values and/or the liquidation of the assets prepared in connection with the Disclosure Statement.

f)    Schedule A/B. Parts 7, 8, and 9.  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Cost is as of December 31, 2022 and accumulated depreciation is as of April 30, 2023.  The Company's records did not include any fixed asset additions or disposals after December 31, 2022.

g)    Schedule A/B 60-61.  Intellectual property is listed in Schedule A/B 60-61 as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from its net book value.  Nothing herein or in the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtors reserve all rights with respect to any such issues.

h)    Schedule A/B 72. Interests in Net Operating Losses ("**NOLs**"). Certain of the Debtors may have the ability to take advantage of NOLs, which amounts may be accumulated for more than one tax year.  For combined or consolidated returns, the value of NOLs is reported at the parent level. NOLs reflected are as of December 31, 2021.  The Debtors may have the ability to claim NOLs for subsequent years.

i)    Schedule A/B 74/75.  The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.  In the ordinary course of its business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against its suppliers.  Additionally, the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74/75.

j)    Schedule A/B73. Interests in Insurance Policies or Annuities. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. All known current insurance policies are listed in response to Schedule A/B 73.

27.    **Schedule D - Creditors Holding Secured Claims.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before June 28, 2023.

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtors' Schedule D. Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's Claim. To that end, the Debtors take no position as to the extent or priority of any particular creditor's lien in the Schedules and Statements.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors have made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

28. **Schedule E/F— Creditors Holding Unsecured Claims.** The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect

credits, rebates, or allowances due from such creditors to the Debtors.  The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date.  Despite the Company's best efforts, the Company was unable to locate the address for certain claims on Schedule F.

The Debtors may pay additional Claims listed on Schedule E/F during the chapter 7 cases pursuant to orders of the Bankruptcy Court, and reserve all rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

29. **Schedule G — Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, the Debtors' business is complex, and inadvertent errors, omissions, or overinclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases, which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, indemnity agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  Likewise, inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and the Debtors reserves all rights in that regard, including without limitation the right to assert that any agreement is not executory, has expired pursuant to its terms, is severable in whole or in part, or was terminated prepetition.

30.     **Schedule H — Co-debtors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of its business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

Schedule H also reflects guarantees by the Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or are unenforceable.

## General Disclosures Applicable to Statements

31.     **Questions 1 and 2.** The gross revenue and non-business revenue reported for the current fiscal year are through May 31, 2023.

32.     **Question 3 and 4.** For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

**Question 3.** Question 3 includes any disbursement or other transfer made by the Debtors except for those made to employees.

For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in, or exercise sufficient control over the Debtors so as to dictate corporate policy and the disposition of assets. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether

someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

33.    **Question 7.** The Debtors reserve all rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors.  The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

34.    **Question 10.** The Debtors have made best efforts to collect applicable and responsive information however, certain *de minimis* losses, which are not tracked separately, may have been omitted.

35.    **Question 11**. Certain of the payments listed may have been paid for services outside of debt consolidation, restructuring or bankruptcy relief.

36.    **Question 13.** While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally.

37.    **Question 26d.** The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors and their advisors.

38.    **Question 30.** For this question, please reference Statement of Financial Affairs, Question 4.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BW Industries Inc., | ) Case No. 23-XXXXX (XXX) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 84-2292459 | ) |

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Bitwise Industries, Inc., | ) Case No. 23-XXXXX (XXX) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-1635652 | ) |

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BWRD, LLC, | ) Case No. 23-XXXXX (XXX) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-4789692 | ) |

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Alpha Works Technologies, LLC, | ) Case No. 23-XXXXX (XXX) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-1008307 | ) |

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Bruce's Bagels, Beverages, and Bites, LLC, | ) Case No. 23-XXXXX (XXX) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-5035590 | ) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## BITWISE INDUSTRIES, INC.

**Fill in this information to identify the case:**

Debtor name: Bitwise Industries, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00001

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $175,518,556.69 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $175,518,556.69 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $12,702,514.92

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $87,760.95 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $239,240,735.04 |

**4. Total Liabilities**
Lines 2 + 3a + 3b — $252,031,010.91

**Fill in this information to identify the case:**

Debtor name: Bitwise Industries, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00001

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $635.70 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 Bank of America, NA | Checking | 0674 | $0.00 |

Bank balance is as of June 21, 2023.

| | | | |
|---|---|---|---|
| 3.2 Central Valley Community Bank | Checking | 3224 | Unknown |

Bank accounts with Central Valley Community Bank were frozen on 6/6/2023 and may have been closed. The account balances as of Petition date is unknown as current management cannot access these accounts.

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 Central Valley Community Bank - CD | | $167,325.00 |

Matured 10/19/22 and still reflected on balance sheet. There was no documentation available to indicate that there was a new CD account.

| | | |
|---|---|---|
| 4.2 US Bank-Standby Letter of Credit | | $140,250.00 |

There was a standby letter of credit issued by US Bank for the benefit of De Lage Landen Financial Services for the amount of $140,250. This amount is recorded on the balance sheet. We assume that this is collateral, although we do not have any support.

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$308,210.70

**Part 2:    Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1  Security Deposit-Camber Leased Equip. | $216,405.00 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1  Prepaid Event/Trade Show - National League of Cities | $8,333.30 |
| 8.2  Prepaid Expenses - Apple Financial Services | $9,044.56 |
| 8.3  Prepaid Expenses - ZoomInfo Technologies, LLC | $15,558.76 |
| 8.4  Prepaid Expenses -FiscalNote, Inc | $4,662.50 |
| 8.5  Prepaid Expenses -Tulsa Regional Chamber | $319.36 |
| 8.6  Prepaid Insurance - James G Parker Insurance | $12,828.78 |
| 8.7  Prepaid Professional Services - The Council of State Governments | $7,692.35 |
| 8.8  Prepaid Software Subscription - GoTo Technologies USA, inc. | $45.48 |
| 8.9  Prepaid Software Subscription - Lever Inc. | $8,289.33 |
| 8.10  Prepaid Software Subscription - Pitchbook | $5,357.14 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$288,536.56

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $0.00 | − | $0.00 | = ........ ➤ | $0.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $23,432.87 | − | $0.00 | = ........ ➤ | $23,432.87 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $23,432.87 |
|---|

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:       % of ownership:

| 15.1 | | | | |
|---|---|---|---|---|
| None | | | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | |
| | | | | $0.00 |

**20. Work in progress**

20.1

_____    _____    _____    _____    _____ $0.00

**21. Finished goods, including goods held for resale**

21.1

_____    _____    _____    _____    _____ $0.00

**22. Other inventory or supplies**

22.1

_____    _____    _____    _____    _____ $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes          Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Fixtures | $26,030.66 | Net Book Value | $26,030.66 |

The cost of assets is as of December 31, 2021 with accumulated depreciation as of April 30, 2023. There was no information provided related to any asset purchases since December 2021. Additionally, it is unclear if any of these assets are leased.

| | | | |
|---|---|---|---|
| **40. Office fixtures** | | | |
| 40.1 See AB 39 | | | $0.00 |

| | | | |
|---|---|---|---|
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Equipment | $13,894.98 | Net Book Value | $13,894.98 |

The cost of assets is as of December 31, 2021 with accumulated depreciation as of April 30, 2023. There was no information provided related to any asset purchases since December 2021. Additionally, it is unclear if any of these assets are leased.

| | | | |
|---|---|---|---|
| 41.2 Other Office Equipment | $62,726.34 | Net Book Value | $62,726.34 |

The cost of assets is as of December 31, 2021 with accumulated depreciation as of April 30, 2023. There was no information provided related to any asset purchases since December 2021. Additionally, it is unclear if any of these assets are leased.

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 | | | | |
|---|---|---|---|---|
| None | | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $102,651.98 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2020 Toyota Corolla LE (VIN JTDEPRAE3LJ085141) | $0.00 | Net Book Value | $0.00 |
| 47.2<br>2020 Toyota Tundra SR5 4x4 (VIN 5TFDY5F13LX916786) | $0.00 | Net Book Value | $0.00 |
| 47.3<br>2020 Toyota Tundra SR5 4x4 (VIN 5TFDY5F16LX911131) | $0.00 | Net Book Value | $0.00 |
| 47.4<br>2020 Toyota Tundra SR5 4x4 (VIN 5TFDY5F14LX910804) | $0.00 | Net Book Value | $0.00 |
| 47.5<br>2021 Buick Envision Essence (VIN LRBFZNR4XMD052705) | $0.00 | Net Book Value | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>None | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>1635 M. Street, Merced, California | Leased Building | Unknown | Net Book Value | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1<br>See Schedule AB 60 Attachment | $0.00 | N/A | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1<br>See Schedule AB 61 Attachment | Undetermined | N/A | Undetermined |

**62. Licenses, franchises, and royalties**

62.1

| None | | | $0.00 |
|---|---|---|---|

**63. Customer lists, mailing lists, or other compilations**

63.1

| None | | | $0.00 |
|---|---|---|---|

**64. Other intangibles, or intellectual property**

64.1

| None | | | $0.00 |
|---|---|---|---|

**65. Goodwill**

65.1

| None | | | $0.00 |
|---|---|---|---|

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

71.1

| Loan to Arlanwashere LLC | $$,631,432.07 | | $0.00 | = ➔ | $631,432.07 |
|---|---|---|---|---|---|
| | total face amount | – | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1

| Federal NOL | | Tax year | 2015 | $1,371,315.00 |
|---|---|---|---|---|

72.2

| Federal NOL | | Tax year | 2016 | $1,787,721.00 |
|---|---|---|---|---|

72.3

| Federal NOL | | Tax year | 2020 | $8,513,918.00 |
|---|---|---|---|---|

Based on 2021 Tax Return

**73. Interests in insurance policies or annuities**

73.1

The Scottsdale Insurance Company/Nationwide Management Liability & Specialty Policy (Policy No. #EKS3423969) 4/30/2023-4/30/2024          Undetermined

73.2

Unknown          Undetermined

Only insurance invoices, but not the policies were available other than the D&O policy.  As a result, it is unclear which entities are covered under the policies other than those on the invoice.

Only insurance invoices, but not the policies were available.  As a result, it is unclear which entities are covered under the policies other than those on the invoice.

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Unknown          Undetermined

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

None          $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

None          $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

Intercompany Receivable-1680 14th Street, LLC          $20.00

77.2

Intercompany Receivable-1701 18th Street, LLC          $163,138.57

77.3

Intercompany Receivable-1701 Partners, LLC          $505,250.00

77.4

Intercompany Receivable-1723 18th Street, LLC          $220,903.33

77.5

Intercompany Receivable-747 R Street, LLC          $540,487.12

77.6

Intercompany Receivable-747 R Street, LLC          $1,443,234.49

77.7

Intercompany Receivable-Alpha Works Technologies, LLC          $33,205,681.41

77.8

Intercompany Receivable-Bitwise Partners I GP, LLC          $800.00

77.9

Intercompany Receivable-BitwiseBKF, LLC          $2,947,360.00

77.10

Intercompany Receivable-BLDG Services, LLC          $26,805,066.34

| | | |
|---|---|---|
| 77.11 | Intercompany Receivable-Bruce's Bagels Beverages and Bites LLC | $697,099.70 |
| 77.12 | Intercompany Receivable-BW Capital Management Services LLC | $800.00 |
| 77.13 | Intercompany Receivable-BW Childcare, LLC | $278,706.09 |
| 77.14 | Intercompany Receivable-BW Industries Inc. | $9,910,060.46 |
| 77.15 | Intercompany Receivable-BWRD, LLC | $17,639,635.85 |
| 77.16 | Intercompany Receivable-Hashtag Cowork, LLC | $2,151,158.69 |
| 77.17 | Intercompany Receivable-My Design Deals, LLC | $1,321,119.13 |
| 77.18 | Intercompany Receivable-New Excambium LLC | $337,441.67 |
| 77.19 | Intercompany Receivable-OMW APP, LLC. | $10,314,568.93 |
| 77.20 | Intercompany Receivable-Shift3 Technologies, LLC | $51,901,513.93 |
| 77.21 | Intercompany Receivable-Techtonic Group, Inc. | $388,382.71 |
| 77.22 | Intercompany Receivable-Wishon Row, LLC. | $1,671,175.48 |
| 77.23 | Leasehold Improvements - Fresno | $47,734.61 |
| 77.24 | Unknown Loan Payments or Loan Receivables (See AB 77 Attachment) | Undetermined |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $174,795,724.58 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $308,210.70 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $288,536.56 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $23,432.87 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $102,651.98 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property. Copy line 56, Part 9.** | → | $0.00 |
| 89. **Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | $174,795,724.58 | |
| 91. **Total. Add lines 80 through 90 for each column** | 91a. $175,518,556.69 | 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $175,518,556.69 |

**SCHEDULE AB 60 ATTACHMENT**
Trademarks

| General Description | Registration No. | Country | Status | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
|  | 5483618 | United States | Registered | $0.00 | N/A | Undetermined |
| HASHTAG | 5399344 | United States | Registered | $0.00 | N/A | Undetermined |
|  | 5578043 | United States | Registered | $0.00 | N/A | Undetermined |
|  | 5428574 | United States | Registered | $0.00 | N/A | Undetermined |
| **GEEKWISE ACADEMY** | 4792809 | United States | Registered | $0.00 | N/A | Undetermined |

**SCHEDULE AB 61 ATTACHMENT**
Internet Domain Names and Websites
As of May 2022

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 6degreesmrm.com | Undetermined | N/A | Undetermined |
| aerostarscheduler.com | Undetermined | N/A | Undetermined |
| alphaworks.tech | Undetermined | N/A | Undetermined |
| amillionfirsts.com | Undetermined | N/A | Undetermined |
| amillionfirsts.com | Undetermined | N/A | Undetermined |
| atbitwise.com | Undetermined | N/A | Undetermined |
| bako.vc | Undetermined | N/A | Undetermined |
| bitwise.company | Undetermined | N/A | Undetermined |
| bitwise.industries | Undetermined | N/A | Undetermined |
| bitwise.shop | Undetermined | N/A | Undetermined |
| bitwiseimpact.com | Undetermined | N/A | Undetermined |
| bitwiseimpact.org | Undetermined | N/A | Undetermined |
| bitwiseindustries.com | Undetermined | N/A | Undetermined |
| bitwiseindustries.dev | Undetermined | N/A | Undetermined |
| bitwiseindustries.me | Undetermined | N/A | Undetermined |
| bitwiseindustries.net | Undetermined | N/A | Undetermined |
| bitwiseindustries.org | Undetermined | N/A | Undetermined |
| bitwiseindustries.us | Undetermined | N/A | Undetermined |
| bitwiseventures.com | Undetermined | N/A | Undetermined |
| blackbeltfoods.com | Undetermined | N/A | Undetermined |
| brucesbagels.com | Undetermined | N/A | Undetermined |
| bwi.io | Undetermined | N/A | Undetermined |
| bwrd.io | Undetermined | N/A | Undetermined |
| bwshare.com | Undetermined | N/A | Undetermined |
| caltrailblazer.com | Undetermined | N/A | Undetermined |
| caltrailblazers.com | Undetermined | N/A | Undetermined |
| cencaldreamin.com | Undetermined | N/A | Undetermined |
| centripoint.io | Undetermined | N/A | Undetermined |
| conceptcourse.com | Undetermined | N/A | Undetermined |
| coworkhashtag.com | Undetermined | N/A | Undetermined |
| doubletimefitnessfresno.com | Undetermined | N/A | Undetermined |
| fres.vc | Undetermined | N/A | Undetermined |
| getloopdin.com | Undetermined | N/A | Undetermined |
| gostudentvoice.com | Undetermined | N/A | Undetermined |
| hashtagcowork.space | Undetermined | N/A | Undetermined |
| hashtagcoworkplace.com | Undetermined | N/A | Undetermined |
| hashtagcoworkspace.com | Undetermined | N/A | Undetermined |
| hashtagwork.space | Undetermined | N/A | Undetermined |
| hashtagworkplace.com | Undetermined | N/A | Undetermined |
| helpdocumentation.net | Undetermined | N/A | Undetermined |
| insitely.io | Undetermined | N/A | Undetermined |
| merced.vc | Undetermined | N/A | Undetermined |
| mydesigndeals.com | Undetermined | N/A | Undetermined |
| ninjafoodapp.com | Undetermined | N/A | Undetermined |
| ninjafoodsapp.com | Undetermined | N/A | Undetermined |
| nplhfest.com | Undetermined | N/A | Undetermined |
| okquarantine.com | Undetermined | N/A | Undetermined |
| onwardak.org | Undetermined | N/A | Undetermined |
| onwardal.org | Undetermined | N/A | Undetermined |
| onwardar.org | Undetermined | N/A | Undetermined |

In re: Bitwise Industries, Inc.

**SCHEDULE AB 61 ATTACHMENT**
Internet Domain Names and Websites
As of May 2022

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| onwardas.org | Undetermined | N/A | Undetermined |
| onwardaz.org | Undetermined | N/A | Undetermined |
| onwardca.org | Undetermined | N/A | Undetermined |
| onwardco.org | Undetermined | N/A | Undetermined |
| onwardct.org | Undetermined | N/A | Undetermined |
| onwarddc.org | Undetermined | N/A | Undetermined |
| onwardde.org | Undetermined | N/A | Undetermined |
| onwardfl.org | Undetermined | N/A | Undetermined |
| onwardga.org | Undetermined | N/A | Undetermined |
| onwardhi.org | Undetermined | N/A | Undetermined |
| onwardia.org | Undetermined | N/A | Undetermined |
| onwardid.org | Undetermined | N/A | Undetermined |
| onwardil.org | Undetermined | N/A | Undetermined |
| onwardin.org | Undetermined | N/A | Undetermined |
| onwardks.org | Undetermined | N/A | Undetermined |
| onwardky.org | Undetermined | N/A | Undetermined |
| onwardla.org | Undetermined | N/A | Undetermined |
| onwardma.org | Undetermined | N/A | Undetermined |
| onwardmd.org | Undetermined | N/A | Undetermined |
| onwardme.org | Undetermined | N/A | Undetermined |
| onwardmi.org | Undetermined | N/A | Undetermined |
| onwardmn.org | Undetermined | N/A | Undetermined |
| onwardmo.org | Undetermined | N/A | Undetermined |
| onwardms.org | Undetermined | N/A | Undetermined |
| onwardmt.org | Undetermined | N/A | Undetermined |
| onwardnd.org | Undetermined | N/A | Undetermined |
| onwardne.org | Undetermined | N/A | Undetermined |
| onwardnewhampshire.org | Undetermined | N/A | Undetermined |
| onwardnj.org | Undetermined | N/A | Undetermined |
| onwardnm.org | Undetermined | N/A | Undetermined |
| onwardnorthcarolina.org | Undetermined | N/A | Undetermined |
| onwardnv.org | Undetermined | N/A | Undetermined |
| onwardny.org | Undetermined | N/A | Undetermined |
| onwardoh.org | Undetermined | N/A | Undetermined |
| onwardok.org | Undetermined | N/A | Undetermined |
| onwardonair.com | Undetermined | N/A | Undetermined |
| onwardon-air.com | Undetermined | N/A | Undetermined |
| onward-onair.com | Undetermined | N/A | Undetermined |
| onwardor.org | Undetermined | N/A | Undetermined |
| onwardpa.org | Undetermined | N/A | Undetermined |
| onwardpr.org | Undetermined | N/A | Undetermined |
| onwardri.org | Undetermined | N/A | Undetermined |
| onwardsc.org | Undetermined | N/A | Undetermined |
| onwardsouthdakota.org | Undetermined | N/A | Undetermined |
| onwardtn.org | Undetermined | N/A | Undetermined |
| onwardtx.org | Undetermined | N/A | Undetermined |
| onwardus.org | Undetermined | N/A | Undetermined |
| onwardusa.org | Undetermined | N/A | Undetermined |
| onwardut.org | Undetermined | N/A | Undetermined |
| onwardva.org | Undetermined | N/A | Undetermined |

In re: Bitwise Industries, Inc.

**SCHEDULE AB 61 ATTACHMENT**
Internet Domain Names and Websites
As of May 2022

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| onwardvi.org | Undetermined | N/A | Undetermined |
| onwardvt.org | Undetermined | N/A | Undetermined |
| onwardwa.org | Undetermined | N/A | Undetermined |
| onwardwi.org | Undetermined | N/A | Undetermined |
| onwardwv.org | Undetermined | N/A | Undetermined |
| onwardwy.org | Undetermined | N/A | Undetermined |
| ordrsites.com | Undetermined | N/A | Undetermined |
| ordrslice.pizza | Undetermined | N/A | Undetermined |
| ordrslip.co | Undetermined | N/A | Undetermined |
| ordrslip.com | Undetermined | N/A | Undetermined |
| ordrsliponline.com | Undetermined | N/A | Undetermined |
| podtogether.io | Undetermined | N/A | Undetermined |
| podup.io | Undetermined | N/A | Undetermined |
| podupapp.com | Undetermined | N/A | Undetermined |
| podupnow.com | Undetermined | N/A | Undetermined |
| quarantinepodup.com | Undetermined | N/A | Undetermined |
| schedlines.com | Undetermined | N/A | Undetermined |
| shftthree.com | Undetermined | N/A | Undetermined |
| shift3tech.com | Undetermined | N/A | Undetermined |
| shifthree.com | Undetermined | N/A | Undetermined |
| shouldicomein.com | Undetermined | N/A | Undetermined |
| sixdegreesmrm.com | Undetermined | N/A | Undetermined |
| slowthespread.io | Undetermined | N/A | Undetermined |
| tacoboutbitwise.com | Undetermined | N/A | Undetermined |
| takecareapp.org | Undetermined | N/A | Undetermined |
| tatstat.io | Undetermined | N/A | Undetermined |
| tatterlabs.com | Undetermined | N/A | Undetermined |
| techitoutbw.com | Undetermined | N/A | Undetermined |
| tech-it-out-bw.com | Undetermined | N/A | Undetermined |
| tenzinworks.com | Undetermined | N/A | Undetermined |
| thatpod.life | Undetermined | N/A | Undetermined |
| useclark.io | Undetermined | N/A | Undetermined |
| usesixdegrees.com | Undetermined | N/A | Undetermined |
| wearetenzin.com | Undetermined | N/A | Undetermined |
| yourquarantinepod.com | Undetermined | N/A | Undetermined |
| zestyfoodapp.com | Undetermined | N/A | Undetermined |
| zestyfoodsapp.com | Undetermined | N/A | Undetermined |

In re: Bitwise Industries, Inc.

**SCHEDULE AB 77 ATTACHMENT**

Unknown Loan Payments or Loan Receivables

| General Description (*) | Net Book Value | Current Value |
|---|---|---|
| 0711 | $270,009.62 | Undetermined |
| 2112, LLC | $2,213,500.00 | Undetermined |
| Advanced Cap Group | $145,000.00 | Undetermined |
| Arturo Ceballos | $27,500.00 | Undetermined |
| Beginning Balance | $204,528.43 | Undetermined |
| BMT Capital Group | $305,000.00 | Undetermined |
| BW Cap Management | $7,886.85 | Undetermined |
| Delta | $410,832.00 | Undetermined |
| Diesel Funding | $131,277.01 | Undetermined |
| Hardie Enterprises, Inc. | $1,127,777.78 | Undetermined |
| Ida Lopez | $71,500.00 | Undetermined |
| ITIL Works Limited | $17,500.00 | Undetermined |
| Jake Soberal | $116,500.00 | Undetermined |
| Keith M. Jizmejian | $20,562.52 | Undetermined |
| KMI Group Loan | $50,000.00 | Undetermined |
| Lamar Bunts | $94,102.17 | Undetermined |
| Narai Ventures LLC | $451,428.55 | Undetermined |
| OnDeck | $270,432.81 | Undetermined |
| Patrick Investments LLC | $137,500.00 | Undetermined |
| Prime Advance | $62,327.00 | Undetermined |
| Ryan McCallum | $52,089.34 | Undetermined |
| Sharon Vineall | $55,000.00 | Undetermined |
| Square | $205,000.00 | Undetermined |
| TFC Bridge Fund | $79,500.00 | Undetermined |
| Ultra Funding, LLC | $240,000.00 | Undetermined |
| Unknown Payment | $2,430,994.50 | Undetermined |
| Velocity Capital Group LLC | $350,000.00 | Undetermined |
| Wellen Capital, LLC | $88,673.00 | Undetermined |
| X-Team International | $23,040.00 | Undetermined |
| Yes Capital | $310,750.00 | Undetermined |
| **Total:** | **$9,970,211.58** | **Undetermined** |

(*)  The above asset balances fall into three possible categories.  1) Loan payments were made by Bitwise Industries, but the loan was issued by another entity; 2) Loan payments  were made by Bitwise Industries and the Loan was never recorded on Bitwise Industries books; 3) Bitwise Industries provided loans to these parties or overpaid loan amount and the balance represents a loan receivable.

Without additional information it is difficult to determine which category they fall into.

In re: Bitwise Industries, Inc.

**Fill in this information to identify the case:**

Debtor name: Bitwise Industries, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00001

☐ **Check if this is an amended filing**

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:**    **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

2.1

| | |
|---|---|
| 1861 Acquisition LLC<br>c/o Field Point Servicing LLC<br>5 Greenwich Office Park<br>Suite 440<br>Greenwich, CT 06831 | **Describe debtor's property that is subject to the lien:**<br>Tax Refunds |
| **Date debt was incurred?**<br>10/7/2022 | **Describe the lien**<br>Seller of Tax Refund Claim |
| **Last 4 digits of account number** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed |

Column A: $6,178,874.46 plus additional unliquidated amounts

Column B: Unknown

2.2

Greenline CDF Subfund XXXVI LLC
c/o GZ Impact Fund I, L.P.
1324 15th Street
Denver, CO 80202
andy.walvoord@greenlineventures.com

**Date debt was incurred?**
3/3/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
906 Ventures, LLC (senior, 1st); GZ
Impact Fund I, L.P. (subordinated,
2nd); Greenline CDF Subfund XXXVI
LLC (subordinated, 3rd); Sobrato
Family Foundation (subordinated, 4th)

**Describe debtor's property that is subject to the lien:**
All personal property

**Describe the lien**
Guarantor of term loan under Junior Credit and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$2,499,732.43 plus additional unliquidated amounts

Unknown

2.3

GZ Impact Fund I, L.P.
1324 15th Street
Denver, CO 80202
andy.walvoord@greenlineventures.com

**Date debt was incurred?**
3/3/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
906 Ventures, LLC (senior, 1st); GZ
Impact Fund I, L.P. (subordinated,
2nd); Greenline CDF Subfund XXXVI
LLC (subordinated, 3rd); Sobrato
Family Foundation (subordinated, 4th)

**Describe debtor's property that is subject to the lien:**
All personal property

**Describe the lien**
Guarantor of term loan under Amended and Restated Loan and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$1,023,908.03 plus additional unliquidated amounts

Unknown

2.4

Sobrato Family Foundation
Attn: Christy Richardson
599 Castro Street
Suite 400
Mountain View, CA 94041
crichardson@sobrato.com

**Date debt was incurred?**
3/30/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
906 Ventures, LLC (senior, 1st); GZ Impact Fund I, L.P. (subordinated, 2nd); Greenline CDF Subfund XXXVI LLC (subordinated, 3rd); Sobrato Family Foundation (subordinated, 4th)

**Describe debtor's property that is subject to the lien:**
All personal property

**Describe the lien**
Guarantor of Secured Promissory Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$3,000,000 plus additional unliquidated amounts

Unknown

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$12,702,514.92

---

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 <br><br> Greenline CDF Subfund XXXVI LLC <br> c/o Brownstein Hyatt Farber Schreck, LLP <br> Attn: Jay Spader <br> 410 17th Street <br> Denver, CO 80205 <br> jspader@bhfs.com | 2.2 | |
| 3.2 <br><br> GZ Impact Fund I, L.P. <br> c/o Brownstein Hyatt Farber Schreck, LLP <br> Attn: Jay Spader <br> 410 17th Street <br> Denver, CO 80209 <br> jspader@bhfs.com | 2.3 | |

Debtor   Bitwise Industries, Inc.
         Name

Case number *(if known)* 23-00001

3.3

2.4

Sobrato Family Foundation
c/o Morrison & Foerster LLP
Attn: Susan H. Mac Cormac
425 Market Street, FL 32
San Francisco, CA 94105
smaccormac@mofo.com

**Fill in this information to identify the case:**

Debtor name: Bitwise Industries, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00001

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Abera Gezmu - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: Undetermined

Priority amount: Undetermined

2.2

Abigail Schoettler - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: Undetermined

Priority amount: Undetermined

2.3

Adam Castro - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined                    Undetermined

---

2.4

Adam Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined                    Undetermined

---

2.5

Adam Weaver - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined                    Undetermined

2.6

Adrian-Angel Zamudio - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.7

Adriana Orozco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.8

Adriana Soto - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.9

Aida Semunegus - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

---

2.10

Aimee Cubbage - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

---

2.11

Albert O'Kelly - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

2.12

Alberto Villalpando - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

2.13

Alejandro Gutierrez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

2.14

Alejandro Rodriguez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

**2.15**

Alejandro Soto - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

**2.16**

Aleksis Pettineli - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

**2.17**

Alex Hamilton - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

2.18

Alex Treas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined          Undetermined

2.19

Alexa VanHooser - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined          Undetermined

2.20

Alexander Hussain-Leon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined          Undetermined

2.21

Alexander Jones - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.22

Alexander Taylor - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.23

Alexandriah Cortes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

**2.24**

Alexis Ramirez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

**2.25**

Alfonso Martinez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

**2.26**

Alicia Brookshire - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.27

Alireza Nadiri - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.28

Alison Torres - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.29

Alissa Turnipseed - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.30

Allison Thurner - Address Redacted

**Date or dates debt was incurred**
5/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

$86.31          $86.31

---

2.31

Allyssa Idell - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.32

Alondria Wright - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.33

Alwyn Green - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.34

Alynia Phillips - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

$635.11        $635.11

---

2.35

Alysha Francisco-Douglas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.36

Alyssa Burkert - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.37

Alyssa Gallegos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.38

Alyssandra Ruiz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.39

Amairany Chavez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.40

Amanda Ardemagni - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.41

Amanda Dominguez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.42

Amanda Fillpot - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined_____    Undetermined_____

2.43

Amanda Gee - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined_____    Undetermined_____

2.44

Amanda Lewis - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined_____    Undetermined_____

2.45

Amanda Valdez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.46

Amani Karboji - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.47

Amber Carpenter - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.48

Amber Landes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.49

Amber Mathew - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.50

Amber Zaragoza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.51

Amir Rezvani Sarabi - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.52

Amy Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.53

Amy Thelen - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.54

Ana Perez Santos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.55

Anastasia Allen - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.56

Andre Nunn - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.57

Andrea Pacheco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.58

Andres Medina - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.59

Andres Vargas Quintana - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.60

Andrew Castillo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.61

Andrew DeSanctis - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.62

Andrew Pethoud - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.63

AnduAlem Yohannes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.64

Andy Trinh - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.65

Anesha Robinson Jenkins - Address Redacted

**Date or dates debt was incurred**
3/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $15.00               $15.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

2.66

Angela McNeal - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.67

Angelica Cano - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.68

Anjelica Sofia Ambrosio - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.69

Anna Ingels - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.70

Anna Page - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.71

Anthony Arosemena - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.72

Anthony Chacon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.73

Anthony Haddad - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.74

Anthony Protho - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.75

Anthony Speaks - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.76

Anthony Washington - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.77

Antonio-Angel Medel - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.78

Ariana Orozco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.79

Arinola Alade - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.80

Arturo Ceballos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

**2.81**

Arturo Jr Almanza Solorio - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

**2.82**

Aryca Gordon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

**2.83**

Ashley Atalla - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.84

Ashley Early - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

---

2.85

Ashley Marchetti - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

---

2.86

Ashley Scott - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

2.87

Askenaw Demsash - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.88

Austin Gaines - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.89

Austin Higgins - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.90

Austin Reilly - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined     Undetermined

2.91

Ava Turner - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined     Undetermined

2.92

Avery Andrew - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined     Undetermined

2.93

Aynadis Mantegaftot - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.94

Azucena Gonzalez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.95

Babak Chehraz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.96

Bailee Rauenhorst - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.97

Balaji Vadlamudi - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.98

Barbara Foster - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.99

Basim Elayan - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.100

Beatrice Alcantar - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.101

Behatriz Gonzalez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.102

Belinda Strode - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.103

Bemnet Bemnet - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.104

Benaiah Larios - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.105

Benjamin Adams - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.106

Benjamin Strickland - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.107

Bennett Robinson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.108

Bertha Fonseca - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.109

Bethany Mily - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.110

Bianca Camara - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.111

Bipul Karki - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.112

Bjoern Adden - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.113

Blanca Juarez Flores - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.114

Bradley Norris - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.115

Brandon Johnson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.116

Brandon Madueno - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.117

Brandy Moreno - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.118

Brian Foster - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.119

Brian Gadberry - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.120

Briana Salais - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.121

Brianna Holcomb - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.122

Brittany Shlessinger - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.123

Brittany Stevens - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.124

Britteny Scott - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.125

Brittney Cavazos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.126

Brooklyn Breslin - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.127

Bryan Feil - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.128

Bryan Vazquez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.129

Bryce Jackson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.130

Bryson Loustalot-Gonzalez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.131

Caleb Mahlungulu - Address Redacted

**Date or dates debt was incurred**
4/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$300.00          $300.00

2.132

Cameron Gose - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

---

2.133

Cameron Roberts - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

---

2.134

Carl Deese - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

2.135

Carley Feil - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.136

Carlos Aparicio - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.137

Carlos Jackson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

**2.138**

Carlyn Cadriel - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.139**

Carrie Arnold - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $30.00    $30.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.140**

Cary Culbertson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

2.141

Caryn Nightengale - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined    Undetermined

2.142

Casey Lozano - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined    Undetermined

2.143

Casiano Payawal - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined    Undetermined

2.144

Cecilia Sanchez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.145

Celeste Barron - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.146

Celina Kodate - Address Redacted

Date or dates debt was incurred

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.147

Celine Pham - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.148

Chadne Kidd - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.149

Chandler Ray - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.150

Channelle Charest - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

2.151

Chantelle Brown - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

2.152

Charlene Collazo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

2.153

Charles Ayala - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.154

Charles Camacho - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.155

Charles Coatney - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.156

Chata Cartaciano - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.157

Chaz Williams - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.158

Chazz Carrizales - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.159

Cheryl Hall - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.160

Chinita Smith - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.161

Christian Beltran Cardenas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.162

Christian Coelho - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.163

Christina Hartman - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.164

Christina Newman - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.165

Christina Robertson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined   Undetermined

---

2.166

Christine Farmer - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$25.00   $25.00

---

2.167

Christine Goforth - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined   Undetermined

2.168

Christine Montross - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$21,390.12                    $15,150.00

2.169

Christine Romero - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                  Undetermined

2.170

Christopher Banks - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                  Undetermined

Debtor  Bitwise Industries, Inc.
       Name

Case number *(if known)* 23-00001

---

2.171

Christopher Conard - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.172

Christopher Green - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.173

Christopher Hawkins - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.174

Christopher Merrida - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.175

Christopher Rocha - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.176

Chrysler Capital - Address Redacted

**Date or dates debt was incurred**
2/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

$989.35        $989.35

2.177

Chrystine Villarreal - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.178

Claire Sarpel - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.179

Claudia Flores - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.180

Clinton Burlock - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.181

Coby Fielding - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.182

Cody Fornof - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.183

Colin Brothers - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.184

Colorado Department of Revenue
Taxation Division
1375 Sherman St.
Denver, CO 80203

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined                    Undetermined

2.185

Conan Everett - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.186

Concepcion Murillo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.187

Connor Lilles - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.188

Corey Shuman - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.189

Cory Wyse - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.190

Cruz Ramirez Pacheco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.191

Crystal Hyde - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.192

Crystal Maldonado - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.193

Cynthia Avila - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.194

Daisy Mayorga - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.195

Dakota Cameron - Address Redacted

**Date or dates debt was incurred**
4/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$379.54                    $379.54

---

2.196

Dana Lucio - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined              Undetermined

---

2.197

Daneen Johnson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined              Undetermined

2.198

Daniel Hernandez Sanchez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.199

Daniel Pulido - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.200

Danielle Rivers - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.201

Danielle Williamson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.202

Danny Solis - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.203

Darren Agellon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.204

Daryl Doane - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.205

David Cuevas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.206

David Lopez Ramirez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.207

David Lu Beck - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.208

David Orozco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.209

David Ramirez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.210

David Sheehe - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.211

David Trent - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.212

Dawn Murphy - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

Debtor    Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

**2.213**

Debbie Pacheco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined         Undetermined

**2.214**

Deborah Milian - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined         Undetermined

**2.215**

Deidra Pettigrew - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined         Undetermined

2.216

Deidra Wallert - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                     Undetermined

---

2.217

Deorinio Agellon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                     Undetermined

---

2.218

Derek Linan - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                     Undetermined

2.219

Derek Morris - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined                    Undetermined

2.220

Derek Payton - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined                    Undetermined

2.221

Derrick Dejean - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined                    Undetermined

2.222

Desiree Isaacs - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.223

Destiny Cedano - Address Redacted

**Date or dates debt was incurred**
5/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

$564.79        $564.79

2.224

Destiny Gutierrez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.225

Detra Sheard-White - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined                    Undetermined

---

2.226

Diana Robles - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined                    Undetermined

---

2.227

Diana Segura - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined                    Undetermined

2.228

Dionicio Rodriguez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.229

District of Columbia
Office Of Tax And Revenue
1101 4Th St. Sw # 270
Washington, DC 20024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.230

Dominic Maestas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.231

Donelle Hall - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.232

Donna Karissa Anne Mapanao - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.233

Ebonie Castano - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.234

Edgar Gutierrez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.235

Ehsan Afkhami - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.236

Elias Gutierrez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.237

Eliseo Perales - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.238

Elisha Vicary - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.239

Elizabeth Del Real Parras - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.240

Elizabeth Eidelson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.241

Elizabeth Fernando - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.242

Elizabeth Flores - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.243

Elizabeth Langlois - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.244

Elizabeth Mondragon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.245

Elizabeth Negrete - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.246

Elizabeth Quintero - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined    Undetermined

2.247

Elizabeth-Agnes Gaw - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined    Undetermined

2.248

Ellis Gibson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined    Undetermined

2.249

Elmehdi Aitbrahim - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined    Undetermined

2.250

Elsa McKay - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined    Undetermined

2.251

Elysse Garcia - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined    Undetermined

2.252

Emelia Guadarrama - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.253

Emely Sanchez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.254

Emily Martinez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.255

Emily Vagim - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.256

Emmanuel Kanu - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.257

Emmylou Dowling - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.258

Enrique Anchondo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.259

Eric Fox - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.260

Eric Nystrem - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.261

Eric Ortega - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

2.262

Erik Montes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

2.263

Erin Hustings - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

2.264

Erin Mackey - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.265

Ernesto Perez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.266

Esmeralda Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.267

Esteban Ceballos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.268

Esteban Solis Loya - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.269

Estefania Flores - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.270

Ethan Foster - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.271

Eva Ramirez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.272

Evan Nebeker - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.273

Fabian Maldonado - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.274

Faith Orozco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.275

Faizan Faruq - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.276

Fatima Ubaldo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined     Undetermined

2.277

Florence Ramos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined     Undetermined

2.278

Florencia Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined     Undetermined

2.279

Floyd Munoz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined     Undetermined

2.280

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-4040

**Date or dates debt was incurred**
4/1/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☐ No

☐ Yes

$800.00     $800.00

2.281

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-4040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined     Undetermined

2.282

Francisco Garibay - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.283

Frank Martinez Medina - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.284

Fredrick Cacal - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.285

Gabriel Fo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.286

Gabriel Rios - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.287

Gabriela Melendez Olivera - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.288

Gabriela Melendez-Olivier - Address Redacted

**Date or dates debt was incurred**
4/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

$338.63          $338.63

2.289

Gabriela Trujillo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.290

Garrett Johnson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.291

Gena Perez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.292

Genesis Mangunay - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.293

Geovana Zepeda - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.294

Gerome Howard - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.295

Giovann Mena - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.296

Glenn Walker - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.297

Grace Ann Aranico - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.298

Grace Birnam - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.299

Graciela Sandoval Alarcon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.300

Graham Brock - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.301

Grant Thornton
801 Brickell Ave., Suite 2450
Miami, FL 33131-4943

**Date or dates debt was incurred**
8/23/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$35,000.00          $15,150.00

2.302

Gregory Goforth - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.303

Guadalupe Luna Manzo - Address Redacted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
_Check all that apply._

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined         Undetermined

---

2.304

Gunderson Dettmer - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$148,782.00         $15,150.00

---

2.305

Gursimran Singh - Address Redacted

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
_Check all that apply._

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined         Undetermined

2.306

Gustavo Castillo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.307

Hana Lema - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.308

Hannah Vick - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.309

Hannibal Guerrero - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.310

Hans Kam - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.311

Harrison Mills - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.312

Harrison Stamps - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

---

2.313

Harry Bodan - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

---

2.314

Haylie Taylor - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.315

Heather Kircher - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.316

Heather Schrage - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.317

Hillary Thompson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.318

Himadri Sinha - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.319

Hiroyuki Xiong - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.320

Homar Cardenas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.321

Hope Finch - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.322

Howard Luong - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.323

Ian Perez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.324

Ian Thomas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.325

Ida Lopez Solis - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.326

Iesha Green - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.327

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined                    Undetermined

2.328

Irene Hurtado - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.329

Izabell Franco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.330

J Concepcion Figueroa Salazar Jr - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                    Undetermined

2.331

Jacob Aguilar - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                    Undetermined

2.332

Jacob Burich - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                    Undetermined

2.333

Jacob Condie - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.334

Jacob Cosio - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.335

Jacob Hernandez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.336

Jacob Paul - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.337

Jacob Stamm - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.338

Jacque Haynes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

Debtor  Bitwise Industries, Inc.
        Name

Case number *(if known)* 23-00001

2.339

Jacqueline Callaway - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined    Undetermined

---

2.340

Jacquelyn Solano - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined    Undetermined

---

2.341

Jaden McKeough - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined    Undetermined

2.342

Jaime Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.343

Jake Smith - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.344

James Damian - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.345

James Downing - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$54.37                    $54.37

---

2.346

James Taylor - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

---

2.347

James Valdeabella - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

Debtor    Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

2.348

Janelle Sanders - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.349

Janie Whaley - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.350

Jasmin White - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.351

Jasmine Bonilla - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.352

Jason Cooksey - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.353

Javier Cavazos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.354

Jayflor Sarmiento - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.355

Jazer Liner - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.356

Jazmin Santana Garcia - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.357

Jazmine Barnes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.358

Jeanae DuBois - Address Redacted

**Date or dates debt was incurred**
5/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$349.40          $349.40

---

2.359

Jeanette Chavez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.360

Jeanine Olguin - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.361

Jeanne Nunoo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.362

Jeff Rickels - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.363

Jeffrey Chandler - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            Undetermined            Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.364

Jeffrey Rios - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            Undetermined            Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.365

Jenn Guerra - Address Redacted

**Date or dates debt was incurred**
2/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            $2,172.62            $2,172.62
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

2.366

Jennifer Baird - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

2.367

Jennifer Granados - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

2.368

Jennifer Lewis - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                Undetermined

2.369

Jennifer Sanderson - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$30.00                    $30.00

2.370

Jeramy Brown - Address Redacted

**Date or dates debt was incurred**
2/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$521.80                   $521.80

2.371

Jeremy Cordero - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined              Undetermined

2.372

Jermaine Roquemore - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.373

Jesse Sanchez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.374

Jessica Daniels - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.375

Jessica Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.376

Jesus Pedraza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.377

Jett Willard - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.378

Jimmy Hinojosa - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.379

Joanna Wirth - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.380

Joaquin Alvarado - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$45,000.00          $15,150.00

2.381

Jocelyn Bustamante Barraza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined        Undetermined

---

2.382

Jocelynn Mireles - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined        Undetermined

---

2.383

Jody Hicks - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined        Undetermined

2.384

Joel Perez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.385

John De Palm - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.386

John Gustafson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.387

John Lee Sanders - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.388

Johnathan Holifield - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.389

Jonathan Fuller - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.390

Jonathan Swart - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.391

Jonathan Walker - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.392

Jonathon Vargas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.393

Jordan Kliss - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

---

2.394

Jordan Morales - Address Redacted

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$30.00        $30.00

---

2.395

Jordan Sanchez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

Debtor   Bitwise Industries, Inc.
         Name

Case number *(if known)* 23-00001

2.396

Jose Cabrera - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.397

Jose Hernandez Tecpoyotl - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.398

Joseph Gustafson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.399

Joseph Verduzco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.400

Joseph Wheelock - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.401

Josh Dunlavy - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.402

Joshua Logan - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

---

2.403

Joshua Shaughnessy - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

---

2.404

Joshwin Greene - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

**2.405**

Juan Gomez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

**2.406**

Juan Hernandez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

**2.407**

Juan Sandate - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

Debtor    Bitwise Industries, Inc.
          Name

Case number *(if known)* 23-00001

---

2.408

Juan Solis Olvera - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.409

Juan Ubaldo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.410

Juan-Antonio Ardemagni - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.411

Julian Torres - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined      Undetermined

2.412

Julie Gray - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined      Undetermined

2.413

Julie Lynn Urbanik - Address Redacted

**Date or dates debt was incurred**
4/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

$6,159.92      $6,159.92

Debtor    Bitwise Industries, Inc.
         Name

Case number *(if known)* 23-00001

2.414

Julieta Castillo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.415

Justin Cox - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.416

Justin Domingo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.417

Justin Sherrod - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.418

Kahlan Serjeant - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.419

Kaila Webb - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.420

Kaitlyn Taylor - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

---

2.421

Kalkidan Tadesse - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

---

2.422

Kamran Williams - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.423

Kamron Cooks - Address Redacted

**Date or dates debt was incurred**
5/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$300.00                    $300.00

2.424

Karen Scott - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined               Undetermined

2.425

Karlha Davies - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined               Undetermined

2.426

Karma Drukpa - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.427

Kasandra Jimenez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.428

Katherine Burrows - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.429

Katherine Dunne - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.430

Katherine Giouzelis - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.431

Kathryn Sanchez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.432

Kathryn Simmons - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

$1,266.44          $1,266.44

---

2.433

Katie Darling - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined          Undetermined

---

2.434

Katrina Riggs - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined          Undetermined

2.435

Kayla McFarland - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.436

Kayla Vargas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

2.437

Kaylene Perez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined            Undetermined

Debtor    Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

2.438

Keith Jizmejian - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.439

Keith McCarthy - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.440

Keizra Tyson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.441

Kelli Aparicio - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.442

Kelly Meza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.443

Kendrick Mausolf - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

Debtor    Bitwise Industries, Inc.
          Name

Case number *(if known)* 23-00001

2.444

Kennan Scott - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.445

Kenneth Clements - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.446

Kenneth Ferrell - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.447

Kevin Arambula - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$40.00                    $40.00

---

2.448

Kevin Day - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

---

2.449

Kevin Keo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

2.450

Kevin Steinkirchner - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.451

Kevin Vu - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.452

KhiavDim Lee - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                Undetermined

2.453

Kiana Parsons - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.454

KiJuan McNeal - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.455

Kim Williams - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.456

Kimberly Lamastus - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                     Undetermined

2.457

Kimberly Munoz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                     Undetermined

2.458

Kimiko Marius - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                     Undetermined

2.459

Kobie Jones - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.460

Kristin Belden - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.461

Kristin Bonillas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.462

Kristina Cool - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.463

Kurt Sterling - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.464

Kyle Lawson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

Debtor    Bitwise Industries, Inc.
          Name

Case number *(if known)* 23-00001

2.465

Kyrsten Dawson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.466

Lakana Bun - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.467

Landon Brokaw - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.468

Laura Brundage - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined    Undetermined

2.469

Laura Maristany Santamaria - Address Redacted

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$27.00    $27.00

2.470

Laura Martinez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined    Undetermined

2.471

Laura Orozco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

---

2.472

Laura Splotch - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

---

2.473

Lauren Baker - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.474

Lauren Enriquez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.475

Leah Sadoian - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.476

Leakana Y - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

Debtor   Bitwise Industries, Inc.
         Name

Case number *(if known)* 23-00001

2.477

Lenae Valle - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.478

Leonard Ruggiero jr - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.479

LeSean Shaw - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.480

Leslie Wolff - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.481

Liliana Mireles - Address Redacted

**Date or dates debt was incurred**
4/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$400.00          $400.00

2.482

Lillyanna Azevedo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.483

Linda Hergenrader - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.484

Linda Sandoval - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.485

Lindsey Saltz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.486

Lindsey Woodruff - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined          Undetermined

2.487

Lisa Moore - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined          Undetermined

2.488

Lisa Penner - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined          Undetermined

2.489

Lizette Carranza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.490

Lonnell McGhee - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.491

Luc Phan - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.492

Ludwig Dischner - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.493

Ludwin Granados - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.494

Luis Gonzalez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.495

Luis Reyes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

---

2.496

Luis Rosario - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

---

2.497

Luis Sampaio - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.498

Luke Breshears - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

_Undetermined_          _Undetermined_

2.499

Luther Cork - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

_Undetermined_          _Undetermined_

2.500

Lwam Ghebregergish - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

_Undetermined_          _Undetermined_

2.501

Lylian Banderas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.502

Madisen Gross - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.503

Madison Shrader - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.504

Mai Holmquist - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

2.505

Malakai Rola - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

2.506

Mancuso-Luna - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

2.507

Manuel Christopher Uytiepo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

2.508

Manuel Deniz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

2.509

Marco Chavez Jr - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined      Undetermined

2.510

Maria Espinoza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.511

Maria Mayorga - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.512

Maria Navarro - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.513

Mario Soberal - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.514

Marisa Spain - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.515

Mark Daniel Rocas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.516

Mark Rogers - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.517

Markus Kantarci - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.518

Mary Honor - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.519

Matthew Cruz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.520

Matthew Higley - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.521

Matthew McCoy - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.522

Maureen Podolsky - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.523

Mauricio Cifuentes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.524

Mauro Mustillo - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.525

Mayra Silva - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.526

Megan Steinert - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.527

Meghan Seitz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.528

Melanie Hacker - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.529

Melissa McCullar - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.530

Melissa Perry - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.531

Melissa Varela - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.532

Melissa Williams - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.533

Mercedes Louis - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

Debtor    Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

2.534

Merhawit Gubsa - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.535

Meskerem Bekele - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.536

Miaka Hardcastle - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

Debtor    Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

2.537

Michael Chrisco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined              Undetermined

2.538

Michael De Los Santos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined              Undetermined

2.539

Michael Fillmore Wallert - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined              Undetermined

2.540

Michael Major - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

2.541

Michael Ramos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

2.542

Michael Waymire - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined            Undetermined

2.543

Michael Wilhelm - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.544

Michaela Murphy - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.545

Michelle Aspinall - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.546

Michelle Dunn - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.547

Michelle Millben - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.548

Michelle Morse - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.549

Michelle Skoor - Address Redacted

**Date or dates debt was incurred**
2/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$919.93                    $919.93

2.550

Michelle Talley - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined              Undetermined

2.551

Miguel Alarcon Jr - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined              Undetermined

2.552

Miguel Hernandez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.553

Miguel Macias Flores - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.554

Miguel Rivas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.555

Mikal Dominguez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.556

Miles Sebesta - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.557

Mimia Chen Chen - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.558

Miranda Gomez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.559

Miranda Ragland - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.560

Moises Gutierrez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.561

Monica Dominguez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.562

Monica Drewry - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

---

2.563

Monica McCutcheon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.564

Monique Islas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.565

Monique Rivera - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.566

Morgan Barnes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.567

Morufu Salami - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.568

Moss Adams - Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$9,250.00          $9,250.00

---

2.569

Natalie Feil - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.570

Natasha Felkins - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

2.571

Nathalie Cervantes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

2.572

Nathan Brown - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined            Undetermined

Debtor    Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

---

2.573

Nathaniel Hancock-Harris - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.574

Nathen Guerrero - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.575

Neda Rohani - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.576

Neptali Montez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined         Undetermined

---

2.577

Nevaeh Davalos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined         Undetermined

---

2.578

Nicolas Hackler - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined         Undetermined

2.579

Nicole Archuleta - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.580

Nicole Leisle - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.581

Nicolette Uchima - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.582

Nihar Bheemanathi - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.583

Nina Odisho - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.584

Nina Waste - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.585

Noelle Samuels - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

---

2.586

Norma Cardona - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

---

2.587

Olga Cortez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.588

Olivia Heller - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.589

Pachoua Yang - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.590

Pamela Daniels - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.591

Pamela Holliday - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.592

Paola De Orbeta Ramirez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.593

Paola Zarza Mora - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

Debtor  Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

---

2.594

Pardeep Sanghera - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.595

Patricia Parra De Sepulveda - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.596

Patrick Killebrew - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.597

Paul Chavez-Casanova - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    Undetermined                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.598

Pavindeep Kang - Address Redacted

**Date or dates debt was incurred**
4/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $256.50                    $256.50
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.599

Paylocity Corporation
1400 American Lane
Schaumburg, IL 60173

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid wage garnishments

**Is the claim subject to offset?**
☑ No
☐ Yes

2.600

Pedro Garza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.601

Perla Flores Ortega - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.602

Phaven Berhe - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.603

Pooja Patel - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.604

Pratima Sakinala - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.605

Preston Moore - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.606

Preston Pinson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.607

Priscilla Presto - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.608

Rachael Cahill - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.609

Rachel Hands - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.610

Rachel Ward - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.611

Rachel Winder - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined        Undetermined

2.612

Rachelle Martinez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.613

Raeanne Di Tiero - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.614

Ramadan El-Assir - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.615

Randy Guerra - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.616

Raquel Garcia - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.617

Raquel Zaragoza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.618

Rasmeyh Salem - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.619

Raul Luis-Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.620

Regina Davalos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

Debtor    Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

2.621

Renaldo DaSilva - Address Redacted

**Date or dates debt was incurred**
5/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$318.13                    $318.13

2.622

Reut Hadley - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined              Undetermined

2.623

Rey Nicholas Abaldonado - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined              Undetermined

2.624

Reyna Quesada - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.625

Rhieanne Saunders - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.626

Ricardo Espain - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.627

Ricardo Simpao - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.628

Richard Ou - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.629

Rickey Lynch Jr - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.630

Rickey Mcbride - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

2.631

Rigo Aguilar - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

2.632

Robert Cleveland - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

2.633

Robert Garcia - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.634

Robert Main - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.635

Robert Nelson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.636

Roberto Canales - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.637

Rocio Pruett - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.638

Rory Banks - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.639

Rosa Saldana Lemus - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.640

Rosa Zuniga-Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.641

Rosalinda Gonzalez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.642

Rose Presto - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.643

Rosemary Novelyne Trinh - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.644

Rosi Quinones - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.645

Ross Charest - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.646

Roxanne Finks - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.647

Ruben Juarez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.648

Ruben Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.649

Ruby Stengel - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.650

Ryan Granger - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.651

Ryan McCallum - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.652

Ryan Valdeabella - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.653

Sac Cnty Sheriff Court Services - Civil
2969 Prospect Park Drive, Suit 200
Rancho Cordova, CA 95670

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.654

Sadie Cobb - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.655

Saige Shafer - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

---

2.656

Salvador Lucatero Jr - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

Debtor    Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

2.657

Salvador Martinez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.658

Samantha Kline - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.659

Samuel Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.660

Samuel Rosenberg - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.661

Sandi Olguin - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.662

Sandra Guerrero - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.663

Sandra Juarez De Chavez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.664

Santana Olguin - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.665

Sara Kojaku - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

Debtor  Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

2.666

Sara Lively - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.667

Sara Pantoja - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.668

Sarah Cullen - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.669

Sarah Gaytan - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.670

Sarah Passmore - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.671

Sarah Raspberry - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.672

Sarika Anoop - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.673

Sasha Holmes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.674

Scott Garrison - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.675

Sean Callahan-Dinish - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

---

2.676

See Xiong - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

---

2.677

Serenity Grimes - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.678

Shagun Srivastava - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.679

Shannon FitzGerald - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.680

Shaquana Valentine - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.681

Shavonne Garibay - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.682

Shawn Rodrigues - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.683

Sheana VanDyne - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.684

Shelby Burlock - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.685

Shelby Hinkey - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.686

Shelley Manser - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.687

Shelly Lovell - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.688

Shereen Salem - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.689

Sindhu Hegde - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.690

St. Nicholas Burrus - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

2.691

Stacie McDonald - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

2.692

State of Alabama
50 N. Ripley St.
State of Alabama
Montgomery, AL 36130

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**                    Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

2.693

State of California
State Board Of Equalization
450 N Street, Mic:121
Sacramento, CA 94279-0121

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.694

State of Florida
Department Of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.695

State of Hawaii
Hawaii State Department Of Taxation
75 Aupuni Street #101
Hilo, HI 96720-4245

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.696

State of Indiana
Indiana Department Of Revenue
100 N. Senate Ave
Indianapolis, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.697

State of Nevada
Department Of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.698

State of New York Dept. of Taxation And Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.699

State of Ohio
Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined                    Undetermined

2.700

State of Texas
Texas Comptroller Of Pub. Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

2.701

State of Virginia
Virginia Department Of Taxation
1957 Westmoreland Street
Richmond, VA 23230

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                    Undetermined

Debtor  Bitwise Industries, Inc.
Name

Case number *(if known)* 23-00001

2.702

State of Washington
Depart Of Revenue
P.O. Box 47473
Olympia, WA 98504-7463

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.703

State of Wyoming
Wyoming Department of Revenue
122 West 25th Street, 3Rd Floor E.
Cheyenne, WY 82002-0110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined          Undetermined

2.704

Stephanie Lu - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.705

Stephanie Moreno - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                     Undetermined

---

2.706

Stephanie Velasco - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                     Undetermined

---

2.707

Stephen Andersen - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined                     Undetermined

Debtor    Bitwise Industries, Inc.
          Name                                              Case number *(if known)* 23-00001

2.708

Stephen Hetblack - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.709

Stephen Russell - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.710

Steven Broadway - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Unpaid Wages
**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.711

Steven Duran - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.712

Steven James - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.713

Steven Johansen - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.714

Sumira Musaad - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.715

Talisha Brantley - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.716

Tammi Sherman - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.717

Tammie Singh - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

---

2.718

Tanea Smith - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

---

2.719

Tanya Gonzales - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined        Undetermined

2.720

Tanya Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.721

Taryn DeBoard - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

---

2.722

Tatevik Hovhannisyan - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.723

Tayler McQuilliams - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.724

Taylor Moore - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.725

Tequiliana Fertil - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Undetermined          Undetermined

**2.726**

Teri McCullar - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined         Undetermined

**2.727**

Terry Blankenship - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined         Undetermined

**2.728**

Tessa Williamson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined         Undetermined

2.729

Thomas Heppner - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined _____        Undetermined _____

2.730

Thomas King - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined _____        Undetermined _____

2.731

Thomas Painter - Address Redacted
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined _____        Undetermined _____

Debtor  Bitwise Industries, Inc.
        Name

Case number *(if known)* 23-00001

2.732

Thomas Taing - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

$32.50                    $32.50

2.733

Thomas Tyler - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined              Undetermined

2.734

Thomas Wise - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined              Undetermined

2.735

Thomson Reuters - Address Redacted

**Date or dates debt was incurred**
2/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

$665.37                    $665.37

2.736

Tiffany Bailey - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined              Undetermined

2.737

Tiffany Ollison - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No

☐ Yes

Undetermined              Undetermined

2.738

Timothy Cisneros - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined | Undetermined

---

2.739

Timothy Woudenberg - Address Redacted

**Date or dates debt was incurred**
4/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$156.28 | $156.28

---

2.740

Tina Lee - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined | Undetermined

2.741

Tina Nguyen - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.742

Tom Alperin - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.743

Tommy Le - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.744

Toni Martin - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.745

Tony Cardenas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.746

Tonya Peden - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

2.747

Tonya Santillan - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                Undetermined

---

2.748

Tracy Maratas - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                Undetermined

---

2.749

Trenton Lively - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined                Undetermined

2.750

Trevor Ford - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.751

Trevor Thomas-Uribe - Address Redacted

**Date or dates debt was incurred**
4/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

$46.96          $46.96

2.752

Tristen Bradex - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined          Undetermined

2.753

TX Child Support SDU
PO 659791
San Antonio, TX 78265

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid wage garnishments

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined        Undetermined

2.754

Tyler Whitsett - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.755

Tyresha Johnson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.756

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO 63197

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.757

Valerie Castro - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.758

Vanessa Aguilar - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _4_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.759

Vanessa Ceballos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.760

Vanessa Hinojosa - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.761

Vanessa Munoz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.762

Vanessa Rodriguez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.763

Veleda Oltjenbruns - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.764

Veronica Anderson - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.765

Veronica Lopez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.766

Veronica Torres - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.767

Victor Carranza - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.768

Victoria Lemons - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.769

Vinson Fernandez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.770

Virginia Whalen - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined          Undetermined

2.771

Viridiana Hussain-Leon - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined            Undetermined

2.772

Viviana Sepulveda - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined            Undetermined

2.773

Voni Humphreys - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined            Undetermined

2.774

Wendy Perez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.775

William Miskiewicz - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

---

2.776

Wuillmarrud West - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined        Undetermined

2.777

Yalitza Leyva - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.778

Yasangi Grubel - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.779

Yemrach Beshe - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined    Undetermined

2.780

Yesenia Perez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.781

Yvette Hernandez - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.782

Zachary Abelanet - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Undetermined          Undetermined

2.783

Zachary Angel - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.784

Zachary Gill - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.785

Zaida Ramos - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Undetermined          Undetermined

2.786

Zayn King-Dollie - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

---

2.787

Zenet Beshir - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

---

2.788

Zoraida Martinez Duarte - Address Redacted

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Wages

**Is the claim subject to offset?**

☐ No

☐ Yes

Undetermined                    Undetermined

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

8x8 Inc.
675 Creekside Way
Campbell, CA 95008

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,754.08

**3.2**

747 R Street, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$540,000.00

**3.3**

1701 18th Street, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$163,000.00

3.4

1701 Partners, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $124,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.5

1715 18th Street, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.6

1723 18th Street, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $220,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.7

1861 Acquisition LLC
c/o Field Point Servicing LLC
5 Greenwich Office Park
Suite 440
Greenwich, CT 06831

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.8**

1903 Public Relations Inc
2491 Alluvial Ave
Suite 36
Clovis, CA 93611

**Date or dates debt was incurred**
4/9/2023

**As of the petition filing date, the claim is:**    $28,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.9**

Albert Whitney O Kelly - Address Redacted

**Date or dates debt was incurred**
7/31/2022

**As of the petition filing date, the claim is:**    $100,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.10**

Alpha Works Technologies, Inc.
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
12/31/2022

**As of the petition filing date, the claim is:**    $17,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.11**

ALPHA WORKS TECHNOLOGIES, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,742,355.29
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.12**

AlphaGraphics
3950 N Chestnut Diag, Suite 107
Fresno, CA 93726

**Date or dates debt was incurred**
2/9/2023

**As of the petition filing date, the claim is:**      $900.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.13**

American Express
200 Vesey Street
New York, NY 10285

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $463,034.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Credit Card

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.14**

Andenet Meredaja Edit - Address Redacted

**Date or dates debt was incurred**
10/19/2021

**As of the petition filing date, the claim is:**      $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.15**

Andrew Nunn, et al.
Raisner Roupinian LLP
Attn: Gail C. Lin
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

3.16

Apple Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $40,353.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.17

Audi Financial Services
PO BOX 5215
Carol Stream, IL 60197-5215

**Date or dates debt was incurred**
5/1/2023

**As of the petition filing date, the claim is:**                    $1,157.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.18

Bethany E Mily - Address Redacted

**Date or dates debt was incurred**
12/9/2022

**As of the petition filing date, the claim is:**                    $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.19

Bethany Mily - Address Redacted

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.20**

BITWISEBKF, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,525,400.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21**

BLDG Serves, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,486,750.71
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.22**

Blue Shield of California
PO BOX 629032
El Dorado Hills, CA 95762

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $858,361.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.23**

Brandfield Investments

**Date or dates debt was incurred**
8/19/2022

**As of the petition filing date, the claim is:**                    $35,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.24

Brandon Madueno - Address Redacted

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

3.25

Bridge Funding

**Date or dates debt was incurred**
8/18/2022

As of the petition filing date, the claim is:                        $270,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.26

BroderickHaight Consulting, LLC
141 Broderick Street
5
San Francisco, CA 94117

**Date or dates debt was incurred**
4/28/2023

As of the petition filing date, the claim is:                        $3,630.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.27

Bruce's Bagels Beverages and Bites LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                        $100,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.28

BW Capital Fund I, LP
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
11/21/2022, 11/22/2022, 12/6/2022

**As of the petition filing date, the claim is:**    $48,373.69
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.29

BW CHILDCARE, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $260,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.30

BW Industries Inc.
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $212,175,820.24
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.31

BWRD, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $328,200.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.32

Caltronics Business Systems
1801 W OLYMPIC BLVD
FILE 2388
Pasadena, CA 91199-2388

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $358.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

3.33

Camber Road Partners, Inc.
Winthrop & Weinstine, P.A.
Attn: Matthew R. McBride
225 South Sixth Street, 3500 Capella Tower
Minneapolis, MN 55402

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

3.34

Caplin & Drysdale
One Thomas Circle NW
Suite 1100
Washington, DC 20005

**Date or dates debt was incurred**
1/11/2023

**As of the petition filing date, the claim is:**          $208.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

3.35

Central Valley Community Foundation
5260 N. Palm Avenue, Suite 122
Fresno, CA 93704

**Date or dates debt was incurred**
3/17/2023

**As of the petition filing date, the claim is:**          $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.36**

Certn, Inc
300-1006 Fort Street
Victoria, BC V8V 3K4
Canada

**Date or dates debt was incurred**
2/28/2021

**As of the petition filing date, the claim is:**     $111.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.37**

Channelle Charest - Address Redacted

**Date or dates debt was incurred**
8/18/2022, 3/31/2023

**As of the petition filing date, the claim is:**     $126,553.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.38**

Chris /Kristy Pacheco - Address Redacted

**Date or dates debt was incurred**
5/20/2022

**As of the petition filing date, the claim is:**     $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.39**

Cision US Inc.
12051 Indian Creek Court
Beltsville, MD 20705

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $7,960.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

3.40

CLS Mitigation & Consulting Services, LLC
4522 North Mulberry Court
Kansas City, MO 64116

**Date or dates debt was incurred**
4/30/2023

**As of the petition filing date, the claim is:**                    $6,554.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No

☐ Yes

3.41

Cogency Global, Inc
PO BOX 3168
Hicksville, NY 11802

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $393.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No

☐ Yes

3.42

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**
4/5/2023

**As of the petition filing date, the claim is:**                    $2,596.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No

☐ Yes

3.43

Craig Fourchy
7596 N. Charles Avenue
Fresno, CA 93711

**Date or dates debt was incurred**
5/13/2022

**As of the petition filing date, the claim is:**                    $25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.44**

Creditor Unknown Loans

**Date or dates debt was incurred**
8/23/2022, 12/31/2022

As of the petition filing date, the claim is: $186,321.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.45**

CT Corporation
CT Corporation
208 S. LaSalle Street, Chicago, IL
Carol Stream, IL 60604

**Date or dates debt was incurred**
3/1/2023

As of the petition filing date, the claim is: $144.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.46**

Dakari Dorishon Cleveland
1234 Pottle Ave
Fresno, CA 93706

**Date or dates debt was incurred**
5/9/2023

As of the petition filing date, the claim is: $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.47**

Data Sales Co Inc.
PO BOX 1450, NW 7305
Minneapolis, MN 55485-7305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $26,287.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No

☐ Yes

3.48

DE LAGE LANDEN FINANCIAL
1111 Old Eagle School Road
Wayne, PA 19087

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $594.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

3.49

Deaf and Hard of Hearing Service Center
5340 N Fresno Street
Fresno, CA 93710

**Date or dates debt was incurred**
3/31/2023

**As of the petition filing date, the claim is:**                                          $1,375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

3.50

Debbie Neufeld - Address Redacted

**Date or dates debt was incurred**
8/19/2022

**As of the petition filing date, the claim is:**                                          $45,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

3.51

Dell Financial Services
PO POX 5292
Carol Stream, IL 60197-5292

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $16,062.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.52**

Delta Bridge Partners
150 SE 2nd Ave
Miami, FL 33131

**Date or dates debt was incurred**
5/25/2022

**As of the petition filing date, the claim is:**     $58,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Venture Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.53**

Denise Solorio - Address Redacted

**Date or dates debt was incurred**
8/19/2022

**As of the petition filing date, the claim is:**     $100,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.54**

Direct Capital a division of CIT Bank
155 Commerce Way
Portsmouth, NH 03801

**Date or dates debt was incurred**
4/30/2023

**As of the petition filing date, the claim is:**     $12,986.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.55**

Eudelia Alderete Bitwise Industries Inc & Travelers Property Casualty
Company of America
Abramson Labor Group
Attn: Scott Bell
11846 Ventura Blvd, Ste 100
Studio City, CA 91604

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

3.56

Fedex
PO Box 7221
Pasadena, CA 91109-7321

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

$4,768.25

3.57

Fennemore Dowling Aaron
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

$7,471.50

3.58

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

**Date or dates debt was incurred**
1/27/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

$147.20

3.59

Fuentes Strategies, LLC
3121 South Street NW, #130
Washington, DC 20007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

$40,000.00

3.60

Garza, et al.
Bonakdar Law Firm
Attn: Roger S. Bonakdar
2344 Tulare Street, Suite 200
Fresno, CA 93721

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined

3.61

Guardian
PO BOX 824404
Philadelphia, PA 19182-4404

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

$119,611.17

3.62

Halcyon Behavioral
PO Box 25159
Fresno, CA 93729-5159

**Date or dates debt was incurred**
4/1/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,646.40

3.63

Hanson Family Trust

**Date or dates debt was incurred**
11/29/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

$500,000.00

**3.64**

Hashtag Cowork, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $71,400.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.65**

Hispanic Association of Colleges & Universities erisities (HACU)
4801 NW Loop 410, Suite #701
San Antonio, TX 78229

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $65,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.66**

Hope Corps Inc
1210 Ford Street
Redlands, CA 92374

**Date or dates debt was incurred**
8/12/2021

As of the petition filing date, the claim is:                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.67**

Hope N Flint
3523 N San Pablo
Fresno, CA 93704

**Date or dates debt was incurred**
3/28/2023

As of the petition filing date, the claim is:                    $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.68**

Hopkins & Carley
PO Box 1469
San Jose, CA 95109-1469

**Date or dates debt was incurred**
1/1/2023

**As of the petition filing date, the claim is:**    $2,340.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.69**

Irma L. Olguin - Address Redacted

**Date or dates debt was incurred**
5/3/2022, 5/25/2022, 8/19/2022

**As of the petition filing date, the claim is:**    $588,552.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.70**

IronClad, Inc
71 Stevenson Street, #600
San Francisco, CA 94105

**Date or dates debt was incurred**
12/31/2022

**As of the petition filing date, the claim is:**    $67,395.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.71**

James G Parker Insurance
PO BOX 3947
Fresno, CA 93650

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $16,563.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.72

Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915

**Date or dates debt was incurred**
3/1/2023

**As of the petition filing date, the claim is:**                                    $405,153.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.73

Kat Taylor Revocable Trust

**Date or dates debt was incurred**
12/20/2022

**As of the petition filing date, the claim is:**                                      $9,293.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.74

Kern Community Foundation
5701 Truxtun Ave #110,
Bakersfield, CA 93309

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $125,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Grant

**Is the claim subject to offset?**
☐ No
☐ Yes

3.75

KeyBank Foundation
127 Public Sq Fl Oh-01-27
Cleveland, OH 44114

**Date or dates debt was incurred**
10/21/2021

**As of the petition filing date, the claim is:**                                     $75,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Grant

**Is the claim subject to offset?**
☐ No
☐ Yes

3.76

Kimberly Stillmaker - Address Redacted

**Date or dates debt was incurred**
5/11/2022

**As of the petition filing date, the claim is:**                                $300,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.77

Kotman Technology Inc
700 Van Ness Ave
Fresno, CA 93721

**Date or dates debt was incurred**
4/16/2023

**As of the petition filing date, the claim is:**                                  $1,030.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.78

KRTM Loan

**Date or dates debt was incurred**
8/19/2022

**As of the petition filing date, the claim is:**                                 $30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.79

KWYE-FM
3603 Momentum Place
Chicago, IL 60689

**Date or dates debt was incurred**
4/16/2023

**As of the petition filing date, the claim is:**                                    $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.80

Landon Brokaw - Address Redacted

**Date or dates debt was incurred**
8/31/2022

**As of the petition filing date, the claim is:**    $55,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.81

Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $164,109.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.82

Microage
PO Box 93655
Las Vegas, NV 89193-3655

**Date or dates debt was incurred**
4/19/2023

**As of the petition filing date, the claim is:**    $2,501.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.83

Mill Law Center
50 California Street, Suite 1500
San Francisco, CA 94111

**Date or dates debt was incurred**
1/1/2023

**As of the petition filing date, the claim is:**    $2,612.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.84**

My Design Deals, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $27,549.15
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.85**

New Excambium LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,508,500.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.86**

New York Life 990011132
BOX 500
Minneapolis, MN 55440-0500

**Date or dates debt was incurred**
4/1/2023

As of the petition filing date, the claim is: $11,696.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.87**

New York Life Insurance
28317 Network Place
Chicago, IL 60673-1283

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $4,832.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.88**

NICBYTE LLC
Duane Morris LLP
Attn: Stephen H. Sutro, Marcus O. Colabianchi, Adrian G. Cadoppi
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 95105-1127

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.89**

OMW APP, LLC.
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $720,303.82
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.90**

OnCentive
2127 1st Ave N
Birmingham, AL 35203

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $304,618.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.91**

PatRick Investments, LLC
111 SW Columbia Street, Suite 700
Portland, OR 97201

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,207.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.92**

Pitchbook
PO Box 74008609
Chicago, IL 60674-8609

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $37,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.93**

Print Shack
802 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $4,675.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.94**

Richard Berry - Address Redacted

**Date or dates debt was incurred**
8/19/2022

**As of the petition filing date, the claim is:**                                $100,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.95**

Rotary Club of Fresno
1525 Fulton St.
Suite 11904
Fresno, CA 93775

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                $391.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.96

Sacramento Metropolitan Chamber of Commerce
One Capitol Mall Suite 700
Sacramento, CA 95814

**Date or dates debt was incurred**
9/1/2022

**As of the petition filing date, the claim is:**                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.97

Sagaser Watkins & Wieland PC
5260 N Palm Ave
#400
Fresno, CA 93704

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,320.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.98

Shift3 Technologies, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,761,921.60
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

3.99

Softchoice
314 W Superior St
Suite 400
Chicago, IL 60654

**Date or dates debt was incurred**
3/20/2023

**As of the petition filing date, the claim is:**                    $25,641.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.100

State of California Department of Industrial Relations
State of California Department of Industrial Relations
Attn: Labor Commissioner's Office
770 E Shaw Ave Ste 222
Fresno, CA 93710

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

3.101

Stefan Ludwig Photo + Video, LLC
700 Main Street
Buffalo, NY 14202

**Date or dates debt was incurred**
4/21/2023

**As of the petition filing date, the claim is:**   $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.102

Strategies 360, Inc
PO Box 84851
Seattle, WA 98124-6151

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $14,410.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

3.103

T Mobile
PO Box 742596
Cincinnati, OH 45274-2596

**Date or dates debt was incurred**
4/1/2023

**As of the petition filing date, the claim is:**   $260.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.104**

Techton Group, Inc.
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                        $215,359.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.105**

Terry Solis

**Date or dates debt was incurred**
6/21/2022

As of the petition filing date, the claim is:                                          $65,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.106**

The Council of State Governments
1776 Avenue of the States
Lexington, KY 40511-8536

**Date or dates debt was incurred**
9/29/2022

As of the petition filing date, the claim is:                                          $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.107**

The Hartford
PO Box 660916
Dallas, TX 75266-0916

**Date or dates debt was incurred**
4/18/2023

As of the petition filing date, the claim is:                                            $7,220.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.108**

The Yard Operating Company LLC
700 Penn Ave SE, 2nd Floor
Washington, DC 20003

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $5,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.109**

Travelers
PO BO 660317
Dallas, TX 75266-0317

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $33,341.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.110**

Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93729

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $42,141.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.111**

Welcome/Gather Wholesale, Inc
440 N Barranca Ave
#8588
Covina, CA 91723

**Date or dates debt was incurred**
5/9/2023

**As of the petition filing date, the claim is:**    $25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.112**

Wellen Capital
600 W Jackson Blvd #750
Chicago, IL 60661

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $225,832.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Venture Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.113**

Wishon Row, LLC.
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $137,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.114**

WTI
1555 N. Rivercenter Dr
Suite 302
Milwaukee, WI 53212

**Date or dates debt was incurred**
1/27/2023

As of the petition filing date, the claim is:    $68.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.115**

Youth Leadership Institute.
209 9th St
Ste 200
San Francisco, CA 94103

**Date or dates debt was incurred**
10/5/2022

As of the petition filing date, the claim is:    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No
☐ Yes

<table>
<tr><td>**Part 3:**</td><td>**List Others to Be Notified About Unsecured Claims**</td></tr>
</table>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 <br><br> Denise Solorio - Address Redacted | Line <br> 3.53 <br><br> ☐ Not listed. Explain | |

<table>
<tr><td>**Part 4:**</td><td>**Total Amounts of the Priority and Nonpriority Unsecured Claims**</td></tr>
</table>

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $87,760.95 |
| 5b. **Total claims from Part 2** | 5b. | $239,240,735.04 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $239,328,495.99 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name: Bitwise Industries, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: District of Delaware</td></tr>
<tr><td colspan="2">Case number: 23-00001</td></tr>
</table>

☐ **Check if this is an amended filing**

**Official Form 206G**

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** — Contract No. 500-50230462 | Apple Financial Services Powered by De Lage Landen Financial Services, Inc. |
| | **State the term remaining** — Unknown | 1111 Old Eagle School Road |
| | **List the contract number of any government contract** | Wayne, PA 19087 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** — Lease Agreement No. BW031021 | Camber Road Partners, Inc. |
| | **State the term remaining** — Unknown | 3601 Minnesota Drive |
| | **List the contract number of any government contract** | Ste 670 |
| | | Minneapolis, MN 55435 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** — Confidential Severance Agreement and General Release of Claims | Redacted |
| | **State the term remaining** | |
| | **List the contract number of any government contract** — Unknown | |

Debtor  Bitwise Industries, Inc.
        Name

Case number *(if known)* 23-00001

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Contract No. 500-50311423 | Cisco Systems Capital Corporation<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Contract No. 500-50316239 | Cisco Systems Capital Corporation<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Contract No. 500-50313063 | Cisco Systems Capital Corporation<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement No. 001-9039769-002 | Dell Financial Services L.L.C.<br>Mail Stop-PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement No. 001-9039769-001 | Dell Financial Services L.L.C.<br>Mail Stop-PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Severance Agreement and General Release of Claims |
| | | Redacted |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | Unknown |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Severance Agreement and General Release of Claims |
| | | Redacted |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | Unknown |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Severance Agreement and General Release of Claims |
| | | Redacted |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | Unknown |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Severance Agreement and General Release of Claims |
| | | Redacted |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | Unknown |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Severance Agreement and General Release of Claims |
| | | Redacted |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | Unknown |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Severance Agreement and General Release of Claims |
| | | Redacted |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | Unknown |

2.16 **State what the contract or lease is for and the nature of the debtor's interest**  Confidential Severance Agreement and General Release of Claims   Redacted

**State the term remaining**

**List the contract number of any government contract**  Unknown

2.17 **State what the contract or lease is for and the nature of the debtor's interest**  Confidential Severance Agreement and General Release of Claims   Redacted

**State the term remaining**

**List the contract number of any government contract**  Unknown

2.18 **State what the contract or lease is for and the nature of the debtor's interest**  Confidential Severance Agreement and General Release of Claims   Redacted

**State the term remaining**

**List the contract number of any government contract**  Unknown

2.19 **State what the contract or lease is for and the nature of the debtor's interest**  Confidential Severance Agreement and General Release of Claims   Redacted

**State the term remaining**

**List the contract number of any government contract**  Unknown

**Fill in this information to identify the case:**

Debtor name: Bitwise Industries, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00001

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 BW Industries Inc. | BW Industries Inc. 700 Van Ness Avenue Fresno, CA 93721 | Greenline CDF Subfund XXXVI LLC | ☑ D ☐ E/F ☐ G |
| 2.2 BWRD, LLC | BWRD, LLC 700 Van Ness Avenue Fresno, CA 93721 | Greenline CDF Subfund XXXVI LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Alpha Works Technologies, Inc. | Alpha Works Technologies, Inc. 700 Van Ness Avenue Fresno, CA 93721 | Greenline CDF Subfund XXXVI LLC | ☑ D ☐ E/F ☐ G |
| 2.4 BW Industries Inc. | BW Industries Inc. 700 Van Ness Avenue Fresno, CA 93721 | GZ Impact Fund I, L.P. | ☑ D ☐ E/F ☐ G |

2.5
BWRD, LLC

BWRD, LLC
700 Van Ness Avenue
Fresno, CA 93721

GZ Impact Fund I, L.P.

☑ D
☐ E/F
☐ G

2.6
Alpha Works
Technologies, Inc.

Alpha Works Technologies, Inc.
700 Van Ness Avenue
Fresno, CA 93721

GZ Impact Fund I, L.P.

☑ D
☐ E/F
☐ G

2.7
BW Industries Inc.

BW Industries Inc.
700 Van Ness Avenue
Fresno, CA 93721

Sobrato Family Foundation

☑ D
☐ E/F
☐ G

2.8
BWRD, LLC

BWRD, LLC
700 Van Ness Avenue
Fresno, CA 93721

Sobrato Family Foundation

☑ D
☐ E/F
☐ G

2.9
Alpha Works
Technologies, Inc.

Alpha Works Technologies, Inc.
700 Van Ness Avenue
Fresno, CA 93721

Sobrato Family Foundation

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: Bitwise Industries, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00001

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 06/28/2023 | /s/ Ollen Douglass |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Ollen Douglass |
| | Printed name |
| | Interim President |
| | Position or relationship to debtor |