**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BW Industries Inc., | ) | Case No. 23-10844-TMH |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Bitwise Industries, Inc., | ) | Case No. 23-10845-TMH |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BWRD, LLC, | ) | Case No. 23-10846-TMH |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Alpha Works Technologies, LLC, | ) | Case No. 23-10847-TMH |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Bruce's Bagels, Beverages, and Bites, LLC, | ) | Case No. 23-10848-TMH |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel to Toledo IC Investment Fund, LLC; PNC New Markets Investment Partners, LLC; PNC Community Partners, Inc.; PNC CDE 128, LLC; and SPE PNC Toledo Innovation Center Master Tenant LLC **(the "PNC Entities")**, and pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007, and 9010, request that copies of any and all notices, pleadings,

4884-2282-7375.1

motions, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other pleadings or documents, filed or entered in these cases, be transmitted to:

**KUTAK ROCK LLP**
Michael A. Condyles, Esq.
Peter J. Barrett, Esq.
901 East Byrd Street
Suite 1000
Richmond, VA  23219-4071
Tel: (804) 644-1700
Fax: (804) 783-6192
michael.conyles@kutakrock.com
peter.barrett@kutakrock.com

Neither this request for notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of the PNC Entities:

    a.    right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

    b.    right to trial by jury in any proceeding as to any and all matters so triable herein, regardless of whether the same be designated a legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

    c.    right to request that the reference be withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    other rights, claims, actions, defenses, setoffs, recoupments or other matters to which the PNC Entities are rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

[*Text Continues on the Next Page*]

4884-2282-7375.1

Dated: July 11, 2023

**KUTAK ROCK LLP**

/s/ *Michael A. Condyles*

**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street
Suite 1000
Richmond, VA  23219-4071
Tel: (804) 644-1700
Fax: (804) 783-6192
michael.conyles@kutakrock.com
peter.barrett@kutakrock.com
*Counsel for Toledo IC Investment Fund, LLC, PNC New Markets
Investment Partners, LLC, PNC Community Partners, Inc., PNC CDE
128, LLC & SPE PNC Toledo Innovation Center Master Tenant LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document

was served via the Bankruptcy Court's CM/ECF System on those parties that have consented to

such service on July 11, 2023.

/s/ *Michael A. Condyles*
Michael A. Condyles

4884-2282-7375.1