**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE District of DELAWARE - Wilmington**

RE: BITWISE INDUSTRIES INC                                  :

                                                           : Bankruptcy Number: 23-10845-MFW
                                                           :
Debtor                                                     : Chapter:  7
                                                           :
                                                           :
                                                           :
                                                           :
                                                           :

**REQUEST FOR NOTICES**

**TO THE CLERK OF THE U. S. BANKRUPTCY COURT**

   Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Ryan Starnowsky, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 11/20/2023

                                        By: _____/S/   Ryan Starnowsky_____
                                             Ryan Starnowsky
                                             Commonwealth of Pennsylvania
                                             Department of Labor and Industry
                                             Collections Support Unit
                                             PO Box 68568
                                             Harrisburg, PA 17106-8568
                                             Telephone: (717) 787-7627
                                             Fax: (717) 787-7671
                                             Email: ra-li-ucts-bankrupt@state.pa.us

UC-666 03-23 (Page 1)